IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BROOKE ASHLEY CLOUSE**                                        PLAINTIFF

v.                           No. 4:22-cv-447-DPM

**KILOLO KIJAKAZI, Commissioner,**
**Social Security Administration**                              DEFENDANT

### ORDER

The Court notes counsel's post-recommendation letter to the Magistrate Judge, *Doc. 13*, and construes it as an objection to the recommendation. A hearing for the purpose of speaking with Ms. Clouse and observing her would not be appropriate because the Court may not consider evidence outside the administrative record when reviewing the Commissioner's decision. 42 U.S.C. § 405(g); *Delrosa v. Sullivan*, 922 F.2d 480, 483 (8th Cir. 1991).

The Court has reviewed the Commissioner's decision *de novo*. Fed. R. Civ. P. 72(b)(3). The ALJ's opinion is thorough. He considered all of the medical records and expert testimony to assess Clouse's health. He weighed Clouse's testimony and made credibility determinations. Substantial evidence on the record as a whole supports the Commissioner's decision; and the Court sees no error of law. *Wright v. Colvin*, 789 F.3d 847, 852 (8th Cir. 2015).

Objection, *Doc. 13*, overruled.  Recommendation, *Doc. 12*, adopted.  The Court will dismiss Clouse's complaint with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 August 2023