IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BROOKE ASHLEY CLOUSE                                                PLAINTIFF

v.                                   No. 4:22-cv-447-DPM

KILOLO KIJAKAZI, Commissioner,
Social Security Administration                                      DEFENDANT

JUDGMENT

Clouse's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 August 2023